UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAREEF ABDOU,

                Plaintiffs,

-v-

BRIAN MAHANY, ET AL.

                Defendants.

19 Civ. 1824 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion from plaintiff Shareef Abdou to strike portions of defendants' Answer. Dkt. 121. Defendants' opposition shall be due September 24, 2021. Plaintiff's reply shall be due October 1, 2021.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    Paul A. Engelmayer
                                                    United States District Judge

Dated: September 14, 2021
       New York, New York