

January 6, 2022

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Court Judge
U.S. District Court
Southern District of New York
500 Pearl Street, Courtroom 18-D
New York, NY 10007

      Re:      *Abdou v. Brian Mahany, Joseph Bird et al.*
                Civil Action No.: 1:19-cv-1824-PAE
                FKB File No.: 313.242

Dear Judge Engelmayer:

      This firm represents the Defendants Brian Mahany, Esq., Mahany & Ertl, LLC and the Mahany Firm (collectively "Attorney Mahany") in connection with the above-captioned matter. We are writing to inform the Court that Mr. Mahany passed away on January 1, 2022. We therefore request a stay of this matter pursuant to Fed. R. Civ. P. 25(a) for a period of 120 days.

      Thank you for your consideration.

Respectfully submitted,

FURMAN KORNFELD & BRENNAN LLP

/s/ *Christopher D. Skoczen*

A. Michael Furman, Esq.
Christopher D. Skoczen, Esq.

cc:      All parties (via ECF)

---

The Court expresses its condolences. Plaintiff is directed, by January 13, 2022, to file a letter indicating whether he consents to the proposed stay. SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 10, 2022