**SCHULMANBHATTACHARYA**   6116 Executive Boulevard, Suite 425, North Bethesda, Maryland 20852  240.356.8550

**JEFFREY S. GAVENMAN**
direct dial 240.356.8553   email jgavenman@schulmanbh.com

January 12, 2022

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Shareef Abdou v. Brian Mahany, et al.*
      Civil Action No. 1:19-cv-1824-PAE
      Response pursuant to the Court's January 10, 2022 Order (ECF No. 137)

Dear Judge Engelmayer:

On behalf of Plaintiff Shareef Abdou, we write in response to Your Honor's January 10, 2022 Order (ECF No. 137). First, we also express our condolences regarding Mr. Mahany's passing. Second, Plaintiff does indeed consent to the proposed stay of this matter for a period of 120 days.

Respectfully,

/s/ Jeffrey S. Gavenman
Jeffrey S. Gavenman

*Counsel for Plaintiff Shareef Abdou*

cc:   All parties (via ECF)
      Joseph Bird, Esq. (via e-mail)

> Defendant's motion is granted. The case is stayed until May 6, 2022. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 136. SO ORDERED.
>
> *Paul A. Engelmayer*                                        Dated: January 13, 2022
> PAUL A. ENGELMAYER
> United States District Judge