UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAREEF ABDOU,

                              Plaintiff,

    -v-

BRIAN MAHANY,
JOSEPH BIRD,
MAHANY & ERTL, LLC, and
ANTHONY DIETZ,

                              Defendants.

19 Civ. 1824 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received plaintiff's motion to substitute Lori Ann Walker, independent executrix of the estate of Brian Mahany, as a party for defendant Brian Mahany. Unless the Court has by then received an objection from any party or its counsel, the Court's intention is to grant this motion on Friday, April 15, 2022.

    SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: April 11, 2022
        New York, New York