UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAREEF ABDOU,

                              Plaintiff,

            -v-

LORI ANN WALKER, *Independent Executrix of the Estate of Brian Howard Mahany*,
JOSEPH BIRD,
MAHANY LAW
MAHANY & ERTL, LLC, and
ANTHONY DIETZ,

                              Defendants.

19 Civ. 1824 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      Due to a conflict, the Court reschedules the case management conference, currently scheduled for August 25, 2022, to August 23, 2022, at 9 a.m. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

      SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                 PAUL A. ENGELMAYER
                                                 United States District Judge

Dated: August 9, 2022
         New York, New York