UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAREEF ABDOU,

                                      Plaintiff,

                 -v-

LORI ANN WALKER, *Independent Executrix of the Estate of Brian Howard Mahany*,
JOSEPH BIRD,
MAHANY LAW
MAHANY & ERTL, LLC, and
ANTHONY DIETZ,

                                      Defendants.

19 Civ. 1824 (PAE)

OPINION & ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The Court has received correspondence from defendant Joseph Bird, defendant Anthony Dietz, and counsel for the remaining defendants indicating their intent to move for summary judgment and strike plaintiff Abdou's jury demand. Dkts. 168–170. The case management conference in this case will serve as a pre-motion conference. Plaintiff's counsel are reminded that they must respond to defendants' letters within one week. The Court further reschedules the upcoming conference, currently scheduled for August 23, 2022 to August 31, at 9:30 a.m.

       SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: August 16, 2022
       New York, New York