**SCHULMANBHATTACHARYA**   6116 Executive Boulevard, Suite 425, North Bethesda, Maryland 20852  240.356.8550

**JEFFREY S. GAVENMAN**
direct dial 240.356.8553   email jgavenman@schulmanbh.com

August 18, 2022

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Shareef Abdou v. Lori Ann Walker, et al.*
      Civil Action No. 1:19-cv-1824-PAE
      Letter Motion Requesting Adjournment of Pre-Motion Conference

Dear Judge Engelmayer:

   We represent Plaintiff Shareef Abdou ("Mr. Abdou") in the above-captioned matter. In accordance with Section 1(E) of Your Honor's Individual Rules and Practices in Civil Cases (the "Individual Rules"), we write to request a brief adjournment of the Pre-Motion Conference scheduled for August 31, 2022.

   On August 16, 2022, the Court rescheduled the case management conference in this matter, previously scheduled for August 23, 2022, for August 31, 2022, at 9:30 a.m., and noted it would "serve as a pre-motion conference." ECF No. 171. Jeremy Schulman ("Mr. Schulman"), who is lead counsel in the case, is scheduled to appear for a hearing in another matter on August 31, 2022, at 9:00 a.m.

   Due to additional hearings and pre-scheduled travel, we respectfully request that the Pre-Motion Conference be re-set for September 7, 2022 or after so that Mr. Schulman may attend, in accordance with Section 2(A) of the Individual Rules. This is Mr. Abdou's first request for an adjournment of this Pre-Motion Conference. Counsel for Defendants Lori Ann Walker, as Independent Executrix of the Estate of Brian H. Mahany, Mahany & Ertl, LLC, and Mahany Law consented to this request, as did Defendants Joseph Bird (pro se) and Anthony Dietz (pro se).

   Thank you for the Court's consideration.

Dated: August 18, 2022                              Respectfully,

                                                    /s/ Jeffrey S. Gavenman
                                                    *Counsel for Plaintiff Shareef Abdou*

cc:   All parties (via ECF)
      Joseph Bird, Esq. (via e-mail)
      Anthony Dietz, Esq. (via email)

SchulmanBH.com

Granted.  The case management conference in this case is rescheduled for September 7, 2022, at 9:30 a.m.  SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 23, 2022