UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAREEF ABDOU,<br><br>          Plaintiff,<br>    -v-<br><br>LORI ANN WALKER, *Independent Executrix of the Estate of Brian Howard Mahany*,<br>JOSEPH BIRD,<br>MAHANY LAW<br>MAHANY & ERTL, LLC, and<br>ANTHONY DIETZ,<br><br>          Defendants. | 19 Civ. 1824 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

  Due to a scheduling conflict, the Court reschedules the premotion conference, currently scheduled for September 7, 2022 to September 23, 2022, at 3 p.m. The Court regrets any inconvenience.

  SO ORDERED.

                     *Paul A. Engelmayer*
                     PAUL A. ENGELMAYER
                     United States District Judge

Dated: September 2, 2022
   New York, New York