UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                                          :
SHAREEF ABDOU,                                                            :
                                                                          :     19 Civ. 1824 (PAE)
                                        Plaintiff,                        :
                                                                          :     ORDER
                -v-                                                       :
                                                                          :
LORI ANN WALKER, *Independent Executrix of the*                           :
*Estate of Brian Howard Mahany*,                                          :
JOSEPH BIRD,                                                              :
MAHANY LAW,                                                               :
MAHANY & ERTL, LLC, and                                                   :
ANTHONY DIETZ,                                                            X

                                        Defendants.

-------------------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion from defendant Joseph Bird to strike plaintiff Abdou's jury demand, to bar expert testimony, and to file any confidential expert reports under seal. Dkt. 179. Plaintiff's response is due September 23, 2022. The Court does not invite a reply.

The telephonic case management conference scheduled for September 23, 2022 at 3 p.m. is adjourned to October 11, 2022 at 9:30 a.m. At the conference, the Court will take up the issues raised by defendant Bird.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        _____
                                                        Paul A. Engelmayer
                                                        United States District Judge

Dated: September 16, 2022
       New York, New York