UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHAREEF ABDOU,

                Plaintiff,                    19 Civ. 1824 (PAE) (RWL)

       -against-

MAHANY LAW, et al.,

                Defendants.
------------------------------------------------------------x

PAUL A. ENGELMAYER, District Judge:

On October 11, 2022, the Court held a conference in this case regarding defendants' forthcoming motion for summary judgment and motion to strike plaintiff's demand for a jury trial.

At the conference, as reflected in the transcript, the Court reopened discovery until November 11, 2022 for the limited purpose of permitting plaintiff to depose defendant Bird and the Federal Rule of Civil Procedure Rule 30(b)(6) witness for defendants Mahany & Ertl, LLC and Mahany Law (collectively, "Mahany defendants") on issues relating to the 23 emails defendant Bird produced after the close of fact discovery. In light of his delinquent production, defendant Bird is to bear two-thirds of the stenographic costs related to these two depositions, and plaintiff is to bear one-third.

At the conference, the Court set the following schedule:

- Fact discovery will be completed on November 11, 2022.

- The parties' joint stipulated facts are due December 8, 2022.

- Defendants' motion for summary judgment is due January 19, 2023.

- Plaintiff's opposition is due February 16, 2023.

- Defendants' reply is due March 2, 2023.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: October 11, 2022
       New York, New York