```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ABDOU,

                       Plaintiff,

        - against -

WALKER, ET AL.,

                       Defendants.
-----------------------------------------------------------X

19-CV-1824 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    The parties shall cooperate with the Court's Deputy Clerk to schedule dates for a settlement conference and a pre-conference telephone call. All parties must participate unless and until the Court orders otherwise.

                                 SO ORDERED.

                                 _____
                                 ROBERT W. LEHRBURGER
                                 UNITED STATES MAGISTRATE JUDGE

Dated: October 18, 2022
       New York, New York

Copies transmitted this date to all counsel of record.