```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ABDOU,                                                :
                                                      :
                              Plaintiff,              :     19-CV-1824 (PAE) (RWL)
                                                      :
                    - against -                       :     **ORDER**
                                                      :
WALKER, ET AL.,                                       :
                                                      :
                              Defendants.             :
                                                      :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        The Court appreciates Mr. Skoczen's response to the order to show cause and,
cause having been shown, agrees there is no basis to suspend Mr. Skoczen's account
on the grounds stated.  Information for pro se parties about filing and receiving documents
electronically is available at https://www.nysd.uscourts.gov/forms/instructions-filing-documents-email.


                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated:  October 28, 2022
        New York, New York


Copies transmitted this date to all counsel of record.  The Court respectfully requests the
Clerk of Court to mail a copy of this Order to the pro se Defendants:

Joseph Bird
920 E Lincoln
Birmingham, MI 48009

Anthony Dietz
311 Prestwick Trail
Highland, MI 48357