UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Abdou,                                              :
                                                    :
                              Plaintiff,            :
                                                    :
                 - against -                        :
                                                    :
                                                    :
Walker, et al.,                                     :
                                                    :
                              Defendants.   :

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022

19-cv-1824 (PAE) (RWL)

**TELEPHONE
CONFERENCE ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This case has been referred to me for settlement. A telephone conference will be held on **November 15, 2022, at 2:30 p.m.** in advance of a settlement conference.  The parties are instructed to review and adhere to Judge Lehrburger's Individual Practices and Settlement Conference Procedures.  The parties shall call the teleconference line at **(888)-398-2342** and enter access code: **9543348**. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Defendants  Joseph Bird and Anthony Dietz.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: 10/28/2022
       New York, New York

Copies transmitted to all parties of record.

Joseph Bird (pro se)
920 E. Lincoln
Birmingham, MI 48009


Anthony Dietz (pro se)
311 Prestwick Trail
Highland, MI 48357