**Furman Kornfeld & Brennan LLP**

Wall Street Plaza
88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100  Fax: 212-867-4118
www.fkblaw.com

January 19, 2023

Via CM/ECF

The Honorable Paul A. Engelmayer, U.S.D.J.   **SECOND AMENDED REQUEST**
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

    Re:    *Abdou v. Lori Ann Walker, Independent Executrix of Estate of Brian Mahany, et al.*
            Civil Action No.: 1:19-cv-1824-PAE
            FKB File No.: 313.242

Dear Judge Engelmayer:

    My apologies for this additional letter motion, but it has come to our attention that the entire motion must be filed under seal.

    As I advised earlier, this firm represents the defendants Lori Ann Walker, as Independent Executrix of the Estate of Brian H. Mahany, Mahany & Ertl, LLC, and Mahany Law ("Mahany Defendants"), in connection with the above-captioned matter. In accordance with Your Honor's Individual Rules and Practices in Civil Cases, and the Court's standing order, 19-MC-00583, to respectfully request that the Court accept the Mahany Defendants' motion, including all exhibits, for filing under seal.

    The Mahany Defendants seek leave to file the motion for summary judgment under seal, including the briefing and the exhibits, on the basis that all of the exhibits have been marked confidential, including the deposition transcript. This request is in accordance with the Stipulated Protective Order in this case (ECF No. 103).

    As today is the deadline for our motion for summary judgment, we regret the late notice, but respectfully request the Court's guidance.

    Thank you for your consideration.

Sincerely,

*/s/ Christopher D. Skoczen*
Christopher D. Skoczen

The Court has received the Mahany defendants' letter. The Court grants leave to file the deposition transcript under seal. However, the Court directs the Mahany defendants' to file their motion for summary judgment, with the sensitive portions redacted, on the public docket--that is, not under seal. Mahany defendants are directed to send an unredacted version of that motion to the Court's chambers address, available in its Individual Rules, and all counsel who have appeared in the above-captioned case.

The Court grants a one-day extension on the briefing deadlines to permit counsel to comply with this Order. The motion for summary judgment is due January 20, 2023. Plaintiff's opposition is due February 17, 2023. Replies are due March 3, 2023.

The Clerk of the Court is directed to terminate the motions at dockets 207-210.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
January 19, 2023