UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

SHAREEF ABDOU
19241 Wells Drive
Tarzana, California 91356

                           *Plaintiff,*

     v.

LORI ANN WALKER, AS INDEPENDENT
EXECUTRICE OF THE ESTATE OF BRIAN H.
MAHANY
3269 FM 470
Bandera, Texas 78003

JOSEPH BIRD
920 E. Lincoln Street, Suite 2
Birmingham, Michigan 48009

ANTHONY DIETZ
510 Highland Ave., #256
Milford, MI 48381-1516

MAHANY LAW
8112 W. Bluemount Road, Suite 101
Milwaukee, Wisconsin 53213-3356

and

MAHANY & ERTL, LLC
8112 W. Bluemount Road, Suite 101
Milwaukee, Wisconsin 53213-3356

                           *Defendants.*

-----------------------------------------------------------------X

**Case No. 1:19-cv-1824-JHR**

## PRO SE DEFENDANT BIRD'S MOTION TO FILE SUMMARY JUDGMENT MOTION AND BRIEF UNDER SEAL

1

Defendant Bird, a pro se defendant, moves this court for leave to re-file his Motion and Brief for Summary Judgment, and any supporting exhibits or evidence, under seal pursuant to FRCP 7, 7.1 and LCR 5.1 (j) through the Temporary Pro Se portal, and asserts the following in support:

1. The Motion and Brief, at ECF 213, relies in part on the plaintiff's expert reports contained at ECF 181, filed under seal by plaintiff.
2. The plaintiff complains that the motion and brief discuss and describe ECF 181 in such detail as to suggest the actual content of the expert reports and thereby contravene the protective order.
3. Plaintiff complains that he can't designate distinct portions of the motion and brief for redaction as any mention of the report is a problem.
4. While this defendant disputes that a discussion of the expert report at ECF 181 is a breach of the protective order, this defendant wishes to end the dispute over the claimed protective order violation by virtue of a discussion of the expert reports.
5. Since the co-defendants motion for summary judgment is filed under seal and the expert reports are filed under seal, this defendant seeks leave to file his motion and brief under seal.
6. A copy of this motion is being provided to counsel for the other parties or others in Pro Per.

Respectfully Submitted,

/s/Joseph C Bird

DATE: 1/23/2023

Any parties who wish to state their position shall do so by 5pm on January 24, 2023.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: Jan. 23, 2023