```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAREEF ABDOU,

                Plaintiff,

        -v.-

LORI ANN WALKER, et al.,

                Defendants.

19 Civ. 01824 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      The parties in this case, except for Defendant Anthony Dietz, have filed most of their summary judgment papers under seal, with no redacted versions available on the public docket. *See* ECF Nos. 212, 213, 232, 233, 239, 247, 249, and 252.  In addition, without providing an unredacted version for the Court to consider, the Mahany Defendants filed under seal a memorandum of law that contains redactions.  *See* ECF No. 212 at 7, 17, 20.  Previously, the Mahany Defendants were "direct[ed] to file their motion for summary judgment, with the sensitive portions redacted, on the public docket—that is, *not under seal*."  ECF No. 211 (Engelmayer, J.) (emphasis added) (granting Mahany Defendants' motion to seal); *see also* Electronic Case Filing Rules & Instructions for the Southern District of New York § 6.8 ("[T]o file both publicly and under seal . . . [y]ou must . . . file the entire document, including exhibits, twice: once publicly in redacted form; and again, as a proposed sealed document in un-redacted form, with the redactions highlighted.").

      By August 24, 2023, all parties who have filed a memorandum of law, declaration, or statement of material facts under seal, with no redacted version of the same filed on the public docket, shall make such a public filing with the sensitive portions redacted.  Any exhibit that is not marked confidential or that can be redacted shall also be publicly filed as an attachment to its

respective document. By the same date, the Mahany Defendants shall file, under seal, an unredacted version of their memorandum of law.

The outstanding motions to seal summary judgment-related filings, ECF Nos. 231, 237, and 251, are GRANTED. However, all parties shall comply with the public-filing requirements above. The Clerk of Court is directed to terminate ECF Nos. 231, 237, and 251.

SO ORDERED.

Dated: August 17, 2023
       New York, New York

                                                           JENNIFER H. REARDEN
                                                           United States District Judge