USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAREEF ABDOU, | |
| Plaintiff, | |
| -v.- | 19 Civ. 01824 (JHR) |
| BRIAN MAHANY, et al., | ORDER |
| Defendants. | |

JENNIFER H. REARDEN, District Judge:

In light of Defendants' motions for summary judgment filed on August 23 and 24, 2023, *see* ECF Nos. 254, 262, and 263, Defendants' earlier-filed motions, *see* ECF Nos. 212, 213, and 218, are hereby DENIED as moot.

The Clerk of Court is directed to terminate ECF Nos. 212, 213, and 218.

SO ORDERED.

Dated: January 2, 2024
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge