UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAREEF ABDOU,                                                        19-cv-1824 (JHR) (RWL)

                          Plaintiff,                      **ORAL ARGUMENT HEARING**

- against -

LORI ANN WALKER, et al.,

                          Defendants.

---

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      An Oral Argument is hereby scheduled before Judge Robert W. Lehrburger for **June 10, 2024, at 11:00 a.m. to be conducted via Microsoft Teams.** The public may dial in to the listen only line at (646)-453-4442, and enter access code 121396890 #. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Defendants Joseph Bird and Anthony Dietz.

                                                          SO ORDERED.

                                                          _____
                                                          ROBERT W. LEHRBURGER
                                                          UNITED STATES MAGISTRATE JUDGE

Dated: 5/17/2024
        New York, New York

Copies transmitted this date to all parties of record.

Joseph Bird (pro se)
920 E. Lincoln
Birmingham, MI 48009


Anthony Dietz (pro se)
311 Prestwick Trail
Highland, MI 48357