UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

ABDOU,                                            :
                                                  :        19-CV-1824 (PAE) (RWL)
                        Plaintiff,                :
                                                  :
            - against -                           :        **ORDER**
                                                  :
WALKER, ET AL.,                                   :
                                                  :
                        Defendants.               :
                                                  :
----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By letter dated July 18, 2024 at Dkt. 273, the Mahany Defendants have requested, with consent from Plaintiff and Defendant Bird, an additional extension of the deadline to file objections to the Report and Recommendation issued on June 11, 2024.   The justifications provided by the Mahany Defendants – events in August – do not impinge on the already-extended deadline for filing objections of July 25, 2024.  Moreover, Defendant Bird filed his objections weeks ago on June 21, 2024.  Accordingly, the request for an extension to file objections is DENIED.

As for any response to objections and the month of August, (1) if Plaintiff does not file any objections, the issue of responses will be moot; (2) that Mr. Skoczen will be out of town for "several days" in August is vague, and, in any event, does not indicate why the Mahany Defendants did not account for that issue when making the prior request for extension that was granted; and (3) Mr. Bird has not made a direct request for extension or explained the nature of his expected surgery or provided any other information to evaluate whether the length of time requested is warranted.  Accordingly, the request for an extension of time to file responses to objections is DENIED without prejudice in the

event that Plaintiff files objections (by July 25, 2024), and Mr. Bird provides more information to the Court to make an informed evaluation.

The Clerk of Court is directed to terminate the letter motion at Dkt. 273.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 19, 2024
       New York, New York

Copies transmitted this date to all counsel of record.

2