UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SHAREEF ABDOU,

       Plaintiff,

-v-                                          No. 19-CV-1824-LTS-RWL

LORI ANN WALKER et al,

       Defendants.

-------------------------------------------------------x

       The Clerk of Court is respectfully directed to lift the stay entered in this case and restore the case to active status.

       SO ORDERED.

Dated: October 22, 2025                                 /s/ Laura Taylor Swain
       New York, New York                         LAURA TAYLOR SWAIN
                                                                 United States District Judge