UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| SHAREEF ABDOU,<br><br>Plaintiff,<br><br>v.<br><br>LORI ANN WALKER, et. al.,<br><br>Defendants. |

19-cv-01824 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before the Court are two motions in limine submitted by Defendant Joseph C. Bird. See ECF Nos. 296, 304. Upon due consideration, the Court denies these motions.

SO ORDERED.

Dated: New York, NY
August 26, 2026

JED S. RAKOFF, U.S.D.J.